UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:16-CR-14-1BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MAGDALENO VAZQUEZ-RUIZ | |

This order memorializes the rulings made in open court today. Defendant is competent to proceed to trial. Defense counsel's motion to withdraw is ALLOWED. The Federal Public Defender is DIRECTED to appoint another attorney from his office to represent defendant. Arraignment and trial are CONTINUED to 27 February 2017. Because new counsel is being appointed and necessarily needs additional time to prepare, the court finds the ends of justice served by the granting of this continuance outweigh the best interest of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 30 January 2017.

_____
W. Earl Britt
Senior U.S. District Judge